[No. 25437-5-I.    Division One.    September 30, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRISTOPHER
FERRY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89-8-04903-3, Anthony P. Wartnik, J., entered

December 28, 1989. *Dismissed* by unpublished per curiam opinion.